1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   REBECCA A. KELLY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD J. ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-00222-KJN |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER RE: PRETRIAL SUPERVISION |
| CLIFFORD J. ROBERSON, | ) |
| Defendant. | ) Date: Wednesday, June 5, 2013<br>) Time: 9:00 a.m.<br>) Judge: Hon. Kendall J. Newman |

The United States of America, by and through its undersigned attorney, and the defendant, CLIFFORD J. ROBERSON, by and through his attorney, Linda C. Harter, hereby stipulate that CLIFFORD J. ROBERSON may be removed from all Pretrial Services supervision, including the Better Choices Program. Additionally, the parties stipulate that the bond issued in this criminal action may be exonerated. Mr. Roberson's case has been resolved by way of a deferred prosecution agreement and Mr. Roberson will appear before your honor on June 5, 2013 at 9:00 AM for a Status Conference. The purpose of the status conference is for

your honor to evaluate how Mr. Roberson is doing with the terms of the deferred prosecution agreement.

The parties jointly request that the Court order that Mr. Roberson be removed from all Pretrial Services supervision and that the bond in place be exonerated.

Dated: March 25, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CLIFFORD J. ROBERSON

BENJAMIN B. WAGNER
United States Attorney

/s/ Barbara Borkowski
BARBARA BORKOWSKI
Special Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: March 26, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE